IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: CHASE BANK USA, N.A. "CHECK LOAN" CONTRACT LITIGATION
_____/

M:09–cv-2032 MMC

**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF OPERATIVE COMPLAINTS**

By order of the United States Judicial Panel on Multidistrict Litigation, filed June 26, 2009, the nine actions listed below have been transferred to this District and assigned to the undersigned. To facilitate the Court's review of the instant matter, the Court hereby DIRECTS the plaintiff(s) in each action listed below to submit, no later than July 24, 2009, a chambers copy of the operative complaint filed in the transferor district court:

   Foshe v. Chase Bank USA, N.A., C-09-2961 MMC
   Glesny v. Chase Bank USA, N.A., C-09-2963 MMC
   Miller v. JP Morgan Chase & Co., C-09-2999 MMC
   Goodman v. Chase Bank USA, N.A., C-09-3035 MMC
   Laakman v. Chase Bank USA, N.A., C-09-3036 MMC
   Woods v. JP Morgan Chase & Co., C-09-3037 MMC
   Glenn v. Chase Bank USA, N.A., C-09-3038 MMC
   Clausen v. Chase Bank USA, N.A., C-09-3039 MMC
   Carnahan v. Chase Bank USA, N.A., C-09-3040

**IT IS SO ORDERED.**

Dated: July 10, 2009

MAXINE M. CHESNEY
United States District Judge